UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

DANIEL VILLARREAL,

        Plaintiff,

    -against-

MONTEFIORE MEDICAL CENTER and FASTAF, LLC,

        Defendant.
_____

Index No. 20-CV-12 (JPO)

**STIPULATION OF DISMISSAL**

    **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel of record that the Complaint shall be and hereby is dismissed with prejudice and without costs to any party.

Dated: November 2, 2020

**DEREK SMITH LAW GROUP, PLLC**

By: _/s/ Alex Cabeceiras_
Alexander G. Cabeceiras
One Penn Plaza, Suite 4509
New York, New York 10119
*Attorneys for Plaintiff*

**SCHIFF HARDIN LLP**

By: _/s/ Brittany H. Sokoloff_
Brittany H. Sokoloff
1185 Avenue of the Americas
Suite 3000
New York, New York 10036
Tel: (212) 745-9555
bsokoloff@schiffhardin.com
*Attorneys for Defendant Fastaff, LLC*

**LITTLER MENDELSON, PC**

By: _____
Jean L. Schmidt
James F. Horton
900 Third Avenue
New York, New York 10022
Tel: (212) 583-9600
jschmidt@littler.com
jfhorton@littler.com
*Attorneys for Defendant Montefiore*

So ordered.
Nov. 4, 2020

_/s/ J. Paul Oetken_
J. PAUL OETKEN
United States District Judge